IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP LYNN CAPPS,**<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>**GEORGE GIURBINO,**<br><br>　　　　　　　Respondent. | CIV S-06-1431 MCE PAN P<br><br>**ORDER** |

　　　　Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 8, 2006, respondent filed a request for an enlargement of time within which to file an answer to petitioner's petition. Good cause appearing, respondent's request will be granted.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　Respondent's September 8, 2006, request for an enlargement of time is granted; and

　　　　2.　Respondent is granted an extension of time to and including October 11, 2006 for the purpose of filing a response in this action.

DATED: September 12, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John F. Moulds
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

14; capp1431.ext

1