IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP LYNN CAPPS,**<br><br>            Petitioner,<br><br>      v.<br><br>**GEORGE GUIRBINO,**<br><br>            Respondent. | CIV S-06-1431 MCE EFB P<br><br>**ORDER** |

Petitioner is a state prisoner proceeding pro se and *in forma pauperis* with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 10, 2006, respondent filed a request for an enlargement of time within which to file an answer to petitioner's petition. Good cause appearing, respondent's request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's October 10, 2006, request for an enlargement of time is granted; and,

2. Respondent is granted an extension of time to and including November 10, 2006 for the purpose of filing a response in this action.

Dated: October 12, 2006

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE