IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP LYNN CAPPS,

    Petitioner,                   No. CIV S-06-1431 MCE EFB P

    vs.

GEORGE GIURBINO,

    Respondent.              <u>ORDER</u>

_____/

        A court order filed July 28, 2006, was served on petitioner's address of record and returned by the postal service. Three subsequently filed orders have not been returned. It is unclear to the court whether petitioner has failed to comply with Local Rule 83-182(f), which requires that a party appearing *in propria persona* inform the court of any address change.

        In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to re-serve the order filed July 28, 2006, on petitioner's address of record.

DATED: November 13, 2006.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE