IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP LYNN CAPPS,<br><br>                      Petitioner,<br><br>    v.<br><br>GEORGE GUIRBINO,<br><br>                      Respondent. | CIV S-06-1431 MCE EFB P<br><br>**[PROPOSED] ORDER** |

Respondent moved to file Lodged Document 12 under seal because it is a confidential probation officer's report. Good cause appearing, Lodged Document 12 (the probation officer's report) is hereby sealed.

Dated: *December 12, 2006*

                                                        Edmund F. Brennan
                                                        UNITED STATES MAGISTRATE

[Proposed] Order

1