IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP LYNN CAPPS,

    Petitioner,                             No. 2:06:cv-01431-MDS

  vs.                                      <u>ORDER</u>

WARDEN GIURBINO,

    Respondent
_____/

On November 25, 2008, Petitioner Phillip Lynn Capps filed a request for a copy of the docket in this case.

Petitioner's request is GRANTED.

IT IS HEREBY ORDERED that the clerk of the court is directed to provide Petitioner with a copy of the docket in this case.

DATED: November 26, 2008

                                        /s/ Milan D. Smith, Jr.
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation